Belm.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR -2 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 05-00021 |
| Plaintiff, | INDICTMENT |
| vs. | FELON IN POSSESSION OF A FIREARM |
| BRIAN WILLIAM ELM, | {18 U.S.C. §§ 922(g)(1) & 924(a)(2)} |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about the 13th day of September 2003, in the District of Guam, the defendant, BRIAN WILLIAM ELM, having been convicted in the United States District Court for the District of Guam on or about December 23, 1996, of a crime punishable by imprisonment for a

\\
\\
\\
\\

-1-

ORIGINAL

term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a .9mmColt Semi Automatic Pistol, Serial Number 58197LW, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED this 2⎯ day of March, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

_____
JOSEPH F. WILSON
Criminal Chief