AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

BRIAN WILLIAM ELM

**WARRANT FOR ARREST**

Case Number: CR-05-00021

**FILED**
DISTRICT COURT OF GUAM
MAR - 7 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BRIAN WILLIAM ELM__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 924(a)(2)__

MARILYN B. ALCON
Name of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

3/2/2005
Date

Hagatna, Guam
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

US Superior Court - Guam
Probation Office

| DATE RECEIVED 3/2/05 | NAME AND TITLE OF ARRESTING OFFICER Victor O. Washington S/A | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3/7/05 | | |