FILED
DISTRICT COURT OF GUAM
MAR 8 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>**BRIAN WILLIAM ELM,**<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00021<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 8th day of March, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　　　　　　DISTRICT COURT OF GUAM