| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>Brian William Elm,<br>        Defendant. | USDC Cr. Cs. No.: 05-00021-001<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br>APR 13 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |

**Re:** Informational Report; Defendant serving local term of imprisonment at the Department of Corrections.

On March 8, 2005, Brian William Elm made an Initial Appearance on an indictment charging him with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On the same date, Mr. Elm was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; maintain a fixed residence and not change residence without approval from the U.S. Probation Officer; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; report at soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel; not leave Guam without the permission of the Court; and abide by the conditions of release in the Superior Court of Guam.

On March 18, 2005, Mr. Elm pleaded guilty, pursuant to a Deferred Plea Agreement, in Superior Court of Guam Criminal Case Numbers CF 442-03, Possession of a Schedule II Controlled Substance (As a Third Degree Felony), in violation of 9 G.C.A. §§ 67.401.2(a) and (b)(1), and Possession of an Unregistered Firearm (As a Felony), in violation of 9 G.C.A. §§60110 and 60121(a); and CM 263-03, Driving While Under the Influence of Alcohol (As a Misdemeanor), in violation of 16 G.C.A. §18102(a). As part of his plea agreement, he was ordered to serve a six month term of imprisonment. He was taken into custody on March 18, 2005. His tentative release date is September 17, 2005.

Respectfully submitted,

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russell Stoddard, First Assistant U.S. Attorney
    John Gorman, FPD
    File