1   BElm.WRT

2   LEONARDO M. RAPADAS
    United States Attorney
3   RUSSELL C. STODDARD
    First Assistant U.S. Attorney
4   Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910
    Telephone: (671) 472-7332
6   Facsimile: (671) 472-7334

7   Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

APR 15 2005

MARY L.M. MORAN
CLERK OF COURT

(10)

8

9               **IN THE UNITED STATES DISTRICT COURT**

10                  **FOR THE DISTRICT OF GUAM**

11

12  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 05-00021-001
                                       )
13              Plaintiff,             )
                                       )
14      vs.                            )    **WRIT OF HABEAS CORPUS**
                                       )    **AD PROSEQUENDUM**
15                                     )
                                       )
16  BRIAN WILLIAM ELM,                 )
                                       )
17              Defendant.             )
    _____)

18  TO: OFFICER IN CHARGE
        Territorial Detention Center
19      Territory of Guam

20

21          This Court finds that BRIAN WILLIAM ELM, is now in the custody of the Territorial

22  Detention Center, and that said prisoner is required to appear before this Court on June 13, 2005, at

23  9:00 a.m. for his Trial in the United States District Court of Guam.

24          **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center

25  or his authorized agent, or any Federal law enforcement agent shall produce BRIAN WILLIAM

26  ELM before this Court on June 13, 2005, at 9:00 a.m., and whenever necessary hereafter to attend

27  \\

28  \\

USMS

ACKNOWLEDGED RECEIPT

By:

ORIGINAL

court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this 15th day of April, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
RUSSELL C. STODDARD
First Assistant U.S. Attorney



**RECEIVED**

APR 1 5 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

-2-