
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
BRIAN WILLIAM ELM

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00021 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN WILLIAM ELM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case is scheduled __June 9__, 2005, at __9:30__ a.m.

DATED: Hagatna, Guam, JUN -6 2005

RICARDO S. MARTINEZ
Designated Judge
District of Guam

RECEIVED
JUN - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM