BElm.WRT

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN -9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00021-001 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| BRIAN WILLIAM ELM, ) | |
| Defendant. ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that BRIAN WILLIAM ELM, is now in the custody of the Territorial Detention Center, and that said prisoner is required to appear before this Court on June 9, 2005, at 9:30 a.m. for his Change of Plea in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent, or any Federal law enforcement agent shall produce BRIAN WILLIAM ELM before this Court whenever necessary, hereafter to attend court appearances in the above-

\\
\\

USMS
ACKNOWLEDGED RECEIPT
By: _____
Date: 6-9-05

entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to their place of confinement.

**SO ORDERED** this 9 day of June, 2005.

RICARDO S. MARTINEZ
Designated Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:
RUSSELL C. STODDARD
First Assistant U.S. Attorney

RECEIVED
JUN - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-