BElm.APR
LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00021-001 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| BRIAN WILLIAM ELM, | |
| Defendant. | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 24th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-1-

# CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on August 26, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Brian William Elm, Criminal Case No. 05-00021-001 to the following counsel:

> John T. Gorman
> Federal Public Defender
> Federal Public Defender Service
> 400 Route 8, Suite 501
> Mongmong, Guam 96910
>
> FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -